UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION and STATESBORO DIVISION

| | |
|---|---|
| IN RE:<br><br>LEAVE OF ABSENCE REQUEST<br>TARA M. LYONS<br>June 20, 2019 through July 5, 2019<br>and July 15, 2019 through July 19, 2019 | Case Nos.:<br>CR119-014, D. Canada<br>CR119-015, T. Corbin, et. al.<br>CR119-022, G. Powell, et. al.<br>CR118-079, M. Hamilton<br>CR119-036, C. Powell, et. al.<br>CR119-024, C. Walker, et. al.<br>CR118-026, I. Franz<br>CR118-041, M. Fucci-Wilson<br>CR118-005, C. Mobley, Jr.<br>CR118-004, S. Hargrove<br>CR118-054, D. Ficklin<br>CR118-055, D. Hall<br>CR118-056, W. Harris<br>CR119-008, W. Lane<br>CR119-002, S. Champagne<br>CR118-071, A. Burley, et. al.<br>CR118-074, M. Copeland<br>CR118-083, D. McClellan<br>CR119-001, D. Hall<br>CR111-073, C. Dansby<br>CR119-051, R. Alva<br>CR119-052, S. Freeman, et. al.<br>CR119-049, R. Moore, Jr.<br>CR619-001, R. Mullen |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of June 20, 2019 through July 5, 2019 for vacation out of state; and July 15, 2019 through July 19, 2019 for a continuing legal education course out of state; same is hereby GRANTED.

This 9th day of May, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA