UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN RE: | ) Case Nos.: |
|---|---|
| LEAVE OF ABSENCE REQUEST<br>TARA M. LYONS<br>July 27, 2020 through July 31, 2020 | ) <br>) CR119-137, V. Moffett<br>) CR118-074, M. Copeland<br>) CR119-125, M. McRae<br>) CR119-052, S. Freeman, et. al.<br>) CR119-022, G. Powell, et. al.<br>) CR119-063, T. Hart<br>) CR119-002, S. Champagne<br>) CR119-051, R. Alva<br>) CR119-115, C. Johnson<br>) CR119-104, T. Hart<br>) CR119-049, R. Moore<br>) CR118-028, V. Moffett<br>) CR118-056, W. Harris<br>) CR119-106, T. Corbin<br>) CR119-157, S. Burton<br>) CR119-152, D. Williams<br>) CR119-015, T. Corbin<br>) CR120-006, J. Musgrove |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 27, 2020 through July 31, 2020 to travel out of the country for a vacation; same is hereby GRANTED.

This _12th_ day of _February_, 2020.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA