IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CR 118-074 |
| | * |
| MARTY MARION COPELAND | * |

ORDER

Before the Court is the United States Government's motion to seal Exhibit B of its response to Defendant Marty Marion Copeland's motion for compassionate release. Upon consideration, the motion to seal (doc. 64) is **GRANTED**. The aforementioned exhibit shall remain sealed until further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of January, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA