IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 118-074 |
| | * | |
| MARTY MARION COPELAND | * | |

O R D E R

Presently before the Court is Defendant Marty Marion Copeland's motion for reconsideration of the recent denial of his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Defendant cites the United States Sentencing Commission's *proposed* amendments to U.S.S.G. § 1B1.13, the applicable Policy Statement to the compassionate release provision. Until the amendments become law, this Court is bound to follow the Policy Statement as written. See United States v. Bryant, 996 F.3d 1243, 1262 (11th Cir. 2021).

**ORDER ENTERED** at Augusta, Georgia, this 9th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE