IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

MARTY MARION COPELAND, )
)
Movant, )
)
v. ) Crim No. 1:18-cr-00074-JRH-BKE-1
)
UNITED STATES OF AMERICA, )
)
Respondent. )

### REQUEST FOR STATUS ON MOTION FOR COMPASSIONATE RELEASE/ REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A) AND FIRST STEP ACT OF 2018

COMES Movant, MARTY MARION COPELAND ("Copeland"), appearing *pro se*, and in support of this motion would show as follows:

### I. RELEVANT BACKGROUND

On March 22, 2023, Copeland filed a Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A) and First Step Act of 2018 ("Motion for Compassionate Release"). See Doc. 73.[1]

On March 30, 2023, the government filed a Response in Opposition ("GR") to Copeland's Motion for Compassionate Release. See Doc. 74.

On April 25, 2023, Copeland filed a Motion for Extension of Time to File Reply to GR, which was docketed on May 1, 2023. See Doc. 76.

---

[1] "Doc." refers to the Docket Report in the United States District Court for the Southern District of Georgia, Augusta Division in Criminal No. 1:18-cr-00074-JRH-BKE-1, which is immediately followed by the Docket Entry Number.

1

On April 25, 2023, the Court issued an Order denying Copeland's Motion for Compassionate Release. See Doc. 75.

On May 5, 2023, the Court issued an Order denying Copeland's Motion for Extension. See Doc. 77.

On May 22, 2023, Copeland filed a Motion for Reconsideration on Motion for Compassionate Release. See Doc. 78.

On May 24, 2023, the Government filed a Response in Opposition ("GR") to Copeland's Motion for Reconsideration. See Doc. 79.

On June 9, 2023, the Court issued an Order that until the amendments become law, this Court is bound to follow the Policy Statement as written to the compassionate release provision re: Motion for Reconsideration re: Order on Motion to Reduce Sentence - USSC Amendment. See Doc. 80.

On November 13, 2023, Copeland filed a Reply to GR. See Doc. 81.

## II. REQUEST

Since March 22, 2023, Copeland's Motion for Compassionate Release has been pending in the Court. As such, the pleadings in this case have been completed for over one (1) year and one (1) month, and Copeland has not been informed of any relevant disposition as to his Motion for Compassionate Release since he filed his Reply to GR on November 13, 2023.

WHEREFORE, Copeland respectfully requests a status report from the Court in this matter.

Respectfully submitted,

Dated: May 7, 2024

*Marty Marion Copeland*
MARTY MARION COPELAND
REG. NO.72270-019
FCI EDGEFIELD
FEDERAL CORR. INSTITUTION
P.O. BOX 725
EDGEFIELD, SC 29824
Appearing *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, that a true and correct copy of the above and foregoing Request for Status on Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A) and First Step Act of 2018 was mailed via U. S. Mail, postage prepaid, to Channell Veena Singh, DOJ-USAO, Criminal Division, 22 Barnard Street, Savannah, GA 30334.

*Marty Marion Copeland*
MARTY MARION COPELAND

MARTY MARION COPELAND
REG. NO. 72270-019
FCI EDGEFIELD
FEDERAL CORR. INSTITUTION
P.O. BOX 725
EDGEFIELD, SC 29824

May ___, 2024

Mr. John E. Triplett
Clerk of Court
U.S. District Court
Southern District of Georgia
Augusta Division
600 James Brown Blvd.
Augusta, GA 30901

  RE: *Copeland v. United States*
     Crim No. 1:18-cr-00074-JRH-BKE-1

Dear Mr. Triplett:

Enclosed please find and accept for filing Movant's Request for Status on Motion for Compassionate Release/Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

            Sincerely,

            *Marty Marion Copeland*
            MARTY MARION COPELAND
            Appearing *Pro Se*

*Encl. as noted*

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL



- Expecte
- Domest
- USPS T
- Limited
- When u

*Insurance
Domestic
** See Inte

FLA
ONE R

TR

PS00001000014

| | UNITED STATES POSTAL SERVICE | Retail |
|---|---|---|
| P | US POSTAGE PAID $9.85 | Origin: 77070 05/17/24 4800420059-22 |

PRIORITY MAIL®

0 Lb 2.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/20/24

C065

SHIP TO:
600 JAMES BROWN BLVD
AUGUSTA GA 30901-2332

USPS TRACKING® #



9505 5104 4801 4138 6810 41

ORITY®
AIL

apply).*
ernational destinations.
quired.
ons see the
itations of coverage.

schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



EP14F October
OD: 12 1/2 x 9 1/2

FROM:

MARTY MA
REG. NO. 72
FCI EDGEFI
FEDERAL C
P.O. BOX 72
EDGEFIELD

TO:

Mr.
Cle
U.S
Sou
Aug
600
Aug

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

Retail

**US POSTAGE PAID**
**$9.85**
Origin: 77070
05/17/24
4800420059-22

PRIORITY MAIL®

0 Lb 2.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 05/20/24

C065

SHIP TO:
600 JAMES BROWN BLVD
AUGUSTA GA 30901-2332

USPS TRACKING® #

9505 5104 4801 4138 6810 41

PRIORITY MAIL

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

00001000014
EP14F October 2023
OD: 12 1/2 x 9 1/2

FROM:

MARTY MARION COPELAND
REG. NO. 72270-019
FCI EDGEFIELD
FEDERAL CORR. INSTITUTION
P.O. BOX 725
EDGEFIELD, SC 29824

TO:

Mr. John E. Triplett
Clerk of Court
U.S. District Court
Southern District of Georgia
Augusta Division
600 James Brown Blvd.
Augusta, GA 30901