IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA     *
                             *
v.                           *    CR 118-074
                             *
MARTY MARION COPELAND        *

O R D E R

Defendant Marty Marion Copeland filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) on March 22, 2023, which was denied by the Court – not held in abeyance, stayed, or deferred. (Order of April 25, 2023, Doc. 75.) Thus, the matter was resolved with finality against Defendant. Defendant filed a motion for reconsideration, which was also denied. (Order of June 9, 2023, Doc. 80.) At present, Defendant has filed "Request for Status" on his motion for compassionate release, which he believes has remained an open matter before the Court for over a year.

Defendant's "Request for Status" (doc. 82) is **GRANTED** in the sense that he is hereby officially informed that he has no pending motion before the Court. To the extent Defendant seeks compassionate release, he should file another motion with the Court **after** he has exhausted his administrative remedies, particularly in light of the newly amended Policy Statement of U.S.S.G. § 1B1.13.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA